IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT ENDRIKAT,** : | | |
| **Plaintiff** : | | |
| : | No. 1:21-cv-01684 | |
| v. : | | |
| : | (Judge Kane) | |
| **RANSOM, et al.,** : | | |
| **Defendants** : | | |

# ORDER

**AND NOW**, on this 8th day of September 2022, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Plaintiff's second amended complaint (Doc. No. 26) is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii);

2. Plaintiff's claims against Defendants Chaple and Elliott are **DISMISSED WITHOUT PREJUDICE**;

3. Plaintiff's claims against all other Defendants are **DISMISSED WITH PREJUDICE** and the Clerk of Court is directed to terminate those Defendants from this case;

4. Plaintiff may file a third amended complaint within thirty (30) days of the date of this Order with respect to his claims against Defendants Chaple and Elliott only. If Plaintiff elects to file a third amended complaint, Plaintiff is advised to adhere to the standards set forth in the Federal Rules of Civil Procedure and the directives set forth by this Court in its accompanying Memorandum. Specifically, the third amended complaint must be complete in all respects. It must be a new pleading which stands by itself without reference to the original complaint, the first two amended complaints, or any other documents already filed. The third amended complaint should set forth Plaintiff's claims in short, concise, and plain statements as required by Rule 8 of the Federal Rules of Civil Procedure. Each paragraph should be numbered. The third amended complaint should specify which actions are alleged as to which defendants and sufficiently allege personal involvement of the defendant in the acts which Plaintiff claims violated his rights. Mere conclusory allegations will not set forth cognizable claims;

5. The Clerk of Court is directed to mail Plaintiff a civil rights complaint form; and

6. If Plaintiff fails to file a third amended complaint within thirty (30) days of the date hereof or fails to file a third amended complaint that complies with the

pleading requirements of Federal Rule of Civil Procedure 8, this case shall be dismissed without further leave to amend.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
