IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT ENDRIKAT,** | : | |
| Plaintiff | : | |
| | : | No. 1:21-cv-01684 |
| v. | : | |
| | : | (Judge Kane) |
| **RANSOM, et al.,** | : | |
| Defendants | : | |

**ORDER**

**AND NOW**, on this 23rd day of May 2023, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Plaintiff's third amended complaint is **DISMISSED** without further leave to amend for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and

2. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania